INLAND EMPIRE BUILDERS, INC., ET AL. *v.*
WASHINGTON ET AL.

No. 849. Decided June 22, 1964.*

*Seth W. Morrison* for appellants in No. 849.

*T. M. Royce* for appellants in No. 850.

*Edward G. Dobrin* for appellants in No. 851.

*John J. O'Connell,* Attorney General of Washington, *John W. Riley* and *Timothy R. Malone,* Special Assistant Attorneys General, and *James A. Furber,* Assistant Attorney General, for appellees.

*Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* filed a memorandum for the United States.

PER CURIAM.

The motion to dismiss is granted and the appeals are dismissed for want of a substantial federal question.

---

*Together with No. 850, *Hebb & Narodick Construction Co., Inc., et al.* v. *Washington et al.,* and No. 851, *Murray et al.* v. *Washington et al.,* both also on appeal from the same court.